**MOHAJERIAN INC.**
**AL MOHAJERIAN,** CSBN 185013
A Professional Law Corporation
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel: (310) 556-3800/Fax: (310) 556-3817

Attorneys for plaintiff MINDYS COSMETICS, INC.,
A California corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MINDYS COSMETICS, INC., a California corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> SONYA DAKAR, an individual, DONNA DAKAR aka DANIELLA DAKAR, an individual, KIA KAMRAN, an individual, and DOES 1-10, inclusive. <br><br> Defendants. <br> _____ | CASE NO. **CV08-04459** <br> **COMPLAINT FOR:** <br><br> **(1) INJUNCTIVE RELIEF;** <br><br> **(2) CANCELLATION OF TRADEMARKS;** <br><br> **(3) COMMON LAW TRADEMARK INFRINGEMENT;** <br><br> **(4) FRAUDULENT CONCEALMENT;** <br><br> **(5) CONVERSION;** <br><br> **(6) LEGAL MALPRACTICE;** <br><br> **(7) BREACH OF FIDUCIARY DUTY;** <br><br> **(8) CALIFORNIA UNFAIR COMPETITION B&PC §§ 17200 et seq.;** <br><br> **(9) DECLARATORY RELIEF;** <br><br> **DEMAND FOR JURY TRIAL** |

COMPLAINT

1

Plaintiff Mindys Cosmetics, Inc., a California corporation ("Mindys"), through undersigned counsel, hereby brings this action against defendants Sonya Dakar, an individual, Donna Dakar, an individual, Kia Kamran, an individual and attorney, and DOES 1-50 inclusive, for injunctive relief, cancellation of trademark, common law trademark infringement, fraudulent concealment, conversion, legal malpractice, breach of fiduciary duty, unfair competition, declaratory relief and in support thereof, alleges as follows:

## I.   **PARTIES AND VENUE**

1.   On information and belief, plaintiff Mindys Cosmetics, Inc. is a California corporation with its principle place of business located at 605 8th Street, San Fernando, California 91340.

2.   On information and belief, defendant Sonya Dakar is an individual residing at 9975 S. Santa Monica Boulevard, Beverly Hills, California 90212.

3.   On information and belief, defendant Donna Dakar, also known as Daniella Dakar, is an individual residing in Queens County, New York at 508 Hicksville Rd. Far Rockaway, New York 11691.

MOHAJERIAN LAW INC
1925 Century Park East, Suite 350
Los Angeles, California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

MOHAJERIAN LAW, INC
1925 Century Park East, Suite 350
Los Angeles, California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4.   On information and belief, defendant Kia Kamran is an attorney licensed to practice law in the state of California and is doing business at 10880 Wilshire Blvd., Suite 2070, Los Angeles, California 90024.

5.   Defendants, named herein as DOES 1-50, inclusive, are named pursuant to California Code of Civil Procedure section 474.   The names and capacities of the DOE Defendants are unknown to Plaintiffs and/or the specific acts giving rise to the cause of action alleged against said Defendants are unknown to Plaintiffs, who therefore sues said Defendants by such fictitious names.   This Complaint will be amended to show the true names and capacities of the DOE Defendants when ascertained.

6.   Plaintiff is informed and believes, and on that basis alleges, that at all times mentioned herein, each named Defendant, and Defendants DOES 1-50, and each of them was the agent, servant, employee, independent contractor, conspirator joint venturer, or alter ego of his or its remaining co-defendants and acted within the course of such agency, employment, or relation as servant, independent contractor, conspirator, joint venturer, or alter ego in committing the conduct as alleged in this complaint.

7. Jurisdiction in this court arises under the trademark laws of the United States, 15 U.S.C. §§ 1119 and 1121. This complaint also alleges violations of state law and common law. This court has jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1367(a) and 1332 based on diversity of citizenship. The matter in controversy exceeds the sum or value of Seventy Five Thousand Dollars ($75,000) exclusive of interest and costs.

8. Venue in this court is proper under the provisions of 28 U.S.C. §§1391(b) because at least one defendant resides in this district and a substantial part of the events or omissions giving rise to the claim occurred in this district and a substantial part of property that is the subject of the action is situated in this district.

## II. **FACTUAL BACKGROUND**

9. Mindys Cosmetics, Inc. ("Mindys") is the manufacturer, distributor and marketer of skin care products bearing the SONYA DAKAR word and design trademarks, Fed. Reg. Nos. 3375654 and 3384477, and the trademark THE PROBLEM SKIN SPECIALISTS, Fed. Reg. No. 2436250.

MOHAJERIAN LAW INC
1925 Century Park East, Suite 350
Los Angeles, California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

MOHAJERIAN LAW INC
1925 Century Park East, Suite 350
Los Angeles, California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

10.    This action arises from the wrongful appropriation, conversion and registration of these trademarks by defendants Sonya Dakar, Donna Dakar and Mindys trademark counsel Kia Kamran, Esq.  Plaintiff Mindys Cosmetics, Inc. alleges on information and belief that from 1980 through 1999, Israel Dakar manufactured, marketed and distributed skin care products bearing the SONYA DAKAR word and design trademarks.  In 1994, Israel Dakar founded Mindys Cosmetics, Inc. and Israel Dakar continued the manufacturing, marketing and distributing of skin care products bearing the subject trademarks which was continued by Mindys Cosmetics, Inc. in 1999.  Since 1999, Mindys has manufactured, marketed and distributed skin care products bearing the SONYA DAKAR word and design trademarks on labels and packaging in close proximity with the MINDYS COSMETICS trademark.  Additionally, Mindys Cosmetics, Inc. created and was the first to use THE PROBLEM SKIN SPECIALISTS trademark in commerce and defendant Sonya Dakar's claims of first use in 1975 and first use in commerce in 1982 on the registration for THE PROBLEM SKIN SPECIALISTS trademark are false which further supports cancellation of the trademark in defendant Sonya Dakar's name.  Since 1999, plaintiff Mindys Cosmetics, Inc. has always used the SONYA DAKAR trademarks and THE PROBLEM SKIN SPECIALISTS trademark together on skin care products in marketing and promotion to consumers throughout the United States. Plaintiff

COMPLAINT

Mindys Cosmetics, Inc. is the first to establish secondary meaning in the SONYA DAKAR word and design trademarks and THE PROBLEM SKIN SPECIALISTS trademark based on extensive advertising, promotion and marketing of the subject trademarks throughout the United States.

11. Since 1999, Mindys Cosmetics, Inc. has spent substantial sums, in excess of five million dollars, on advertising and marketing products bearing the SONYA DAKAR word and design trademarks and THE PROBLEM SKIN SPECIALISTS trademark in order to develop secondary meaning and single source association in the minds of the public that Mindys Cosmetics, Inc. is the source of skin care products bearing the subject trademarks. Mindys Cosmetics, Inc. markets skin care products bearing the subject trademarks by placing its trademark "MINDYS COSMETICS" in close proximity to the subject trademarks on labeling and packaging in order to develop secondary meaning and single source association in the minds of its customers. Additionally, the trademarks were used on many different marketing and promotional items throughout Mindys' business such as advertising and promotional materials, invoices, and on Mindys' website. Mindys Cosmetics, Inc. was the first to establish secondary meaning in the SONYA DAKAR word and design trademarks and THE PROBLEM SKIN SPECIALISTS trademark and the ownership of the subject trademarks lawfully

MOHAJERIAN LAW INC
1925 Century Park East Suite 350
Los Angeles, California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

resides with Mindys which seeks by this action to cancel the ill-gotten federal registration and ownership of the subject trademarks in defendant Sonya Dakar and to return ownership of the trademarks to Mindys Cosmetics, Inc

12. Plaintiff Mindys Cosmetics, Inc. alleges on information and belief that Israel Dakar founded Mindys Cosmetics, Inc. in 1994 as a family business, initially granting equal ownership in shares in the company to his four children, Natan Dakar, Michal Dakar, Donna Dakar, and Yigal Dakar who initially each owned 25% of the outstanding shares in the company. In January 2002, the ownership of shares in Mindys Cosmetics, Inc. was changed by assignment to reflect the contributions of the individuals on behalf of the company so that Israel Dakar owned 30% of the outstanding shares, Natan Dakar owned 30% of the outstanding shares, Michal Dakar owned 30% of the outstanding shares and defendant Donna Dakar owned 10% of the outstanding shares. Defendant Sonya Dakar was never a shareholder of Mindys Cosmetics, Inc. At all relevant times alleged herein, defendant Donna Dakar was a fiduciary and agent of plaintiff Mindys Cosmetics, Inc.

13. Plaintiff Mindys Cosmetics, Inc. alleges on information and belief that Mindys entrusted defendant Donna Dakar to register the SONYA DAKAR word

MOHAJERIAN LAW INC
1925 Century Park East, Suite 350
Los Angeles, California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

and design trademarks and THE PROBLEM SKIN SPECIALISTS trademark on behalf of Mindys Cosmetics, Inc. and to assign ownership of the subject trademarks to Mindys Cosmetics, Inc. Israel Dakar, the founder of Mindys Cosmetics, Inc., and defendant Sonya Dakar were married and are currently going through dissolution of marriage proceedings. Plaintiff Mindys Cosmetics, Inc. alleges on information and belief, that defendant Sonya Dakar has wrongfully influenced and caused defendant Donna Dakar to refuse to assign the ownership of the subject trademarks to Mindys Cosmetics, Inc. As further evidence of defendant Sonya Dakar's bad faith and undue influence, Mindys Cosmetics, Inc. alleges on information and belief that defendant Sonya Dakar has also influenced and caused Michal Dakar, daughter of Israel and Sonya, to refuse to transfer title in real estate owned by Mindys Cosmetics, Inc., specifically, its corporate headquarters and manufacturing facility located at 605 Eighth Street, San Fernando, California. Mindys Cosmetics, Inc. has had to file a lawsuit in the Superior Court of the State of California, County of Los Angeles, Case No.: SC098571, seeking to quiet title of corporate real estate owned by Mindys Cosmetics, Inc. which Michal Dakar has refused to transfer to Mindys under her mother's instructions.

14. Plaintiff Mindys Cosmetics, Inc. alleges on information and belief that

in 2006, plaintiff Mindys Cosmetics, Inc. retained the services of defendant Kia Kamran, Esq. to advise Mindys concerning trademark matters. At the same time, defendant Kia Kamran, Esq. was representing defendant Sonya Dakar. Kia Kamran, Esq. failed to obtain the consent of Mindys Cosmetics, Inc. with respect to the waiver of any conflicts of interest that occurred as a result of the dual legal representation of Sonya Dakar and Mindys Cosmetics, Inc. at the same time. An actual conflict of interest arose in January of 2008, when Kia Kamran, Esq. assisted and represented Sonya Dakar to obtain the registration of the SONYA DAKAR word and design trademarks, Fed. Reg. Nos. 3375654 and 3384477, without permission by Mindys. Defendant Kia Kamran, Esq. knew that he was serving two masters, Mindys and Mrs. Sonya Dakar. Defendant Kia Kamran, Esq. knew or should have known that Mindys was in the business of manufacturing skin care products under the brand and trade name SONYA DAKAR. Defendant Kia Kamran, Esq. knew or should have known that Donna Dakar was a minority shareholder of Mindys and that she personally was not in the business of manufacturing skin care products. Defendant Kia Kamran, Esq. knew or should have known that Donna Dakar had the SONYA DAKAR trademark registration under her name for the benefit of Mindys. Defendant Kia Kamran, Esq. knew or should have known that Donna Dakar was not the President of Mindys and had no authority to release the SONYA DAKAR trademark to Mrs. Sonya Dakar. Under

MOHAJERIAN LAW INC<br/>1925 Century Park East, Suite 350<br/>Los Angeles, California 90067<br/>TEL: (310) 556-3800 FAX: (310) 556-3817

the instruction of Donna Dakar and/or Mrs. Sonya Dakar Defendant Kia Kamran, Esq. caused the registration of the above-identified trademarks to be recorded in Mrs. Sonya Dakar's name causing substantial damages to Mindys' intellectual property rights in the SONYA DAKAR word and design trademarks and to Mindys' investment in the goodwill, promotion, and marketing of the SONYA DAKAR word and design trademarks in order to establish secondary meaning in the marketplace. Furthermore, Defendant Kia Kamran, Esq.'s actions placed defendant Sonya Dakar in a position to ask for licensing fees for use of the subject trademarks when in fact defendant Sonya Dakar had never asked for, and did not have the right to ask for, licensing fees from Israel Dakar or Mindys Cosmetics, Inc. during the entire time period of use of the subject trademarks by either Israel Dakar or Mindys Cosmetics, Inc. on skin care products manufactured, distributed and marketed by them. Plaintiff Mindys Cosmetics, Inc. has demanded that defendant Kia Kamran, Esq. return Mindys' client file, however, defendant Kia Kamran, Esq. has refused to return the client file to plaintiff Mindys Cosmetics, Inc., in violation of California's Rules of Ethics.

15. Additionally, plaintiff Mindys Cosmetics, Inc. is informed and believes and on that basis alleges that defendant Kia Kamran, Esq. advised and represented defendant Donna Dakar while at the same time representing plaintiff

MOHAJERIAN LAW INC
1925 Century Park East, Suite 350
Los Angeles, California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

Mindys Cosmetics, Inc.   Kia Kamran, Esq. failed to obtain the consent of Mindys Cosmetics, Inc. with respect to the waiver of any conflicts of interest that occurred as a result of the dual legal representation of defendant Donna Dakar and Mindys Cosmetics, Inc. at the same time.   An actual conflict of interest arose on or about January of 2008, when Kia Kamran, Esq. assisted and represented Donna Dakar to obtain the registration of the THE PROBLEM SKIN SPECIALISTS trademark, Fed. Reg. No. 2436250, without consulting with Mindys with respect to its ownership interests in the above-identified trademark.   Defendant Kia Kamran, Esq. caused the registration of the above-identified trademark to be recorded in Donna Dakar's name causing substantial damages to Mindys investment in the goodwill, promotion, and marketing of THE PROBLEM SKIN SPECIALISTS trademark. Plaintiff Mindys Cosmetics, Inc. is informed and believes and on that basis alleges that defendant Kia Kamran, Esq. has advised defendant Donna Dakar to refuse to assign the trademark THE PROBLEM SKIN SPECIALISTS to Mindys Cosmetics, Inc., the lawful owner of the trademark. Plaintiff Mindys Cosmetics, Inc. has demanded that defendant Kia Kamran, Esq. return Mindys' client file, however, defendant Kia Kamran, Esq. has refused to return the client file to Plaintiff Mindys Cosmetics, Inc.

# FIRST CAUSE OF ACTION

## Injunctive Relief

## (Against All Defendants)

16. Plaintiff incorporates paragraphs 1-15 as if set forth fully herein.

17. Defendants Sonya Dakar, Donna Dakar, Kia Kamran, Esq. and/or DOES 1-10's wrongful conduct in depriving plaintiff Mindys Cosmetics, Inc. of its rightful ownership of the SONYA DAKAR word and design trademarks and THE PROBLEM SKIN SPECIALISTS trademark, and refusing to transfer ownership of the subject trademarks to Mindys, unless and until enjoined and restrained by order of this court, will cause great and irreparable injury to Plaintiff Mindys Cosmetics, Inc. as Mindys is denied the lawful ownership of its trademarks and their use in commerce.

18. Plaintiff Mindys Cosmetics, Inc. has no adequate remedy at law for the injuries currently being suffered in that Plaintiff is being denied the lawful ownership of its intellectual property rights to the subject trademarks and is being denied the goodwill that Mindys Cosmetics, Inc. has spent substantial sums of money, in excess of five million dollars, to establish in the marketplace and in the minds of its customers.

MOHAJERIAN LAW INC
1925 Century Park East, Suite 350
Los Angeles California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

19. As a proximate result of defendants' wrongful conduct, Plaintiff Mindys Cosmetics, Inc.'s intellectual property interests in the subject trademarks, along with Plaintiff's business have been damaged in an amount to be proven at trial. Plaintiff will be further damaged in like manner so long as Defendants' conduct continues. The full amount of this damage is not now known to Plaintiff, and Plaintiff will amend this complaint to state this amount when it becomes known or on proof of the damages.

## SECOND CAUSE OF ACTION

### Cancellation of Trademarks - 15 USC §1119

### (Against Defendant SONYA DAKAR and DOES 1-50)

20. Plaintiff incorporates paragraphs 1-19 as if set forth fully herein.

21. Plaintiff Mindys Cosmetics, Inc. is the lawful owner of the federal trademark registrations for the SONYA DAKAR word and design trademarks, Fed. Reg. Nos. 3384477 and 3375654, and the trademark for THE PROBLEM SKIN SPECIALISTS, Fed. Reg. No. 2436250.

22. Plaintiff Mindys Cosmetics, Inc. alleges on information and belief that

MOHAJERIAN LAW INC
1925 Century Park East, Suite 350
Los Angeles, California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

from 1980 through 1999, Israel Dakar manufactured, marketed and distributed skin care products to customers bearing the SONYA DAKAR word and design trademarks. In 1994, Israel Dakar founded Mindys Cosmetics, Inc. and continued the manufacturing, marketing and distribution to customers of skin care products bearing the subject trademarks which was continued by Mindys Cosmetics, Inc. in 1999.

23. Since as early as 1999, Mindys Cosmetics, Inc. has used the subject trademarks in interstate commerce on skin care products manufactured, packaged, and distributed to customers bearing the MINDYS COSMETICS trademark in close proximity to the subject trademarks.

24. Plaintiff Mindys Cosmetics, Inc. alleges on information and belief that it has spent substantial sums of money, in excess of five million dollars, on advertising and promotion to promote the skin care products bearing the subject trademarks, along with the MINDYS COSMETICS trademark, in order to create secondary meaning and single source association in the minds of the public with respect to the subject trademarks and the MINDYS COSMETICS trademark.

25. Plaintiff Mindys Cosmetics, Inc. alleges on information and belief that

MOHAJERIAN LAW INC
1925 Century Park East, Suite 350
Los Angeles, California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

defendant Donna Dakar, and/or DOES 1-50 and each of them, while shareholders, agents and employees of Mindys Cosmetics, Inc., and in breach of their fiduciary duties to Mindys Cosmetics, Inc. wrongfully and/or fraudulently conveyed the subject trademarks to defendant Sonya Dakar, and/or DOES 1-50 and each of them, who then sought and obtained registration for the subject trademarks in her name alone.

26.    Plaintiff Mindys Cosmetics, Inc. alleges on information and belief that it is the lawful owner of the subject trademarks and seeks the cancellation of trademark registrations bearing the SONYA DAKAR word and design trademarks, Fed. Reg. Nos. 3375654 and 3384477, and the trademark for THE PROBLEM SKIN SPECIALISTS, Fed. Reg. No. 2436250 and that the ownership of the above-identified trademarks be transferred by judgment in this action pursuant to 15 USC § 1119 to Mindys Cosmetics, Inc.

## THIRD CAUSE OF ACTION

### Common Law Trademark Infringement

### (Against Defendants SONYA DAKAR and DOES 1-50)

27.    Plaintiff incorporates paragraphs 1-26 as if set forth fully herein.

MOHAJERIAN LAW INC
1925 Century Park East, Suite 350
Los Angeles, California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

MOHAJERIAN LAW INC
1925 Century Park East, Suite 350
Los Angeles, California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

28. At all material times herein, Mindys Cosmetics, Inc. has been and is engaged in the manufacturing, distributing, marketing and sale of skin care products in interstate commerce under the word and design marks SONYA DAKAR and the trademark THE PROBLEM SKIN SPECIALISTS in close proximity on labeling and packaging to the MINDYS COSMETICS trademark.

29. Plaintiff first adopted and used the trademarks SONYA DAKAR, THE PROBLEM SKIN SPECIALISTS, and the MINDYS COSMETICS trademarks to identify its cosmetic products in 1999. Prior to 1999, the founder of Mindys Cosmetics, Inc., Israel Dakar, used the SONYA DAKAR word and design trademarks on skin care products manufactured, distributed and marketed by him to customers beginning in 1980.

30. Plaintiff Mindys Cosmetics, Inc. has spent substantial sums of company funds, in excess of five million dollars, to advertise and promote products bearing the SONYA DAKAR word and design trademarks, along with THE PROBLEM SKIN SPECIALISTS trademark. Mindys Cosmetics, Inc. is responsible for the establishment of the secondary meaning in the subject trademarks and is the lawful owner of the subject trademarks. Through substantial manufacturing, marketing, promotion and advertising, Mindys Cosmetics, Inc. has

created priority in the ownership of the subject trademarks by being the first to establish the secondary meaning in the trademarks and MINDYS COSMETIC, INC. has created substantial common law rights in each of the subject trademarks.

31. Plaintiff Mindys Cosmetics, Inc. has used the SONYA DAKAR word and design trademarks, and the THE PROBLEM SKIN SPECIALISTS trademark continuously since 1999 to identify Plaintiff's cosmetic products. In this connection, plaintiff uses the SONYA DAKAR word and design trademarks and THE PROBLEM SKIN SPECIALIST trademark in the promotion and advertising of its skin care products, including without limitation, on labels, packaging, internet advertising, brochures, invoices, and on Mindys' website. Mindys' trademarks were used consistently on its marketing and promotional materials.

32. Plaintiff Mindys Cosmetics, Inc. has been manufacturing, distributing and marketing its skin care products to customers throughout the United States through sales to exclusive spas and salons, and to skin care professionals throughout the cosmetics industry in the United States. Plaintiff also sells its products over the internet throughout the United States and internationally.

MOHAJERIAN LAW INC
1925 Century Park East Suite 350
Los Angeles, California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

MOHAJERIAN LAW INC
1925 Century Park East, Suite 350
Los Angeles, California 90067
TEL: (310) 553-3800 FAX: (310) 556-3817

33.  Plaintiff Mindys Cosmetics, Inc.'s skin care products have been and continue to be extensively advertised and sold throughout the United States from coast to coast, under the MINDYS COSMETICS trademark, in close proximity to the SONYA DAKAR word and design trademarks, and The PROBLEM SKIN SPECIALISTS trademark.  By virtue of advertising and sales, together with consumer acceptance and recognition, plaintiff's mark identifies plaintiff's skin care products only, and distinguishes them from skin care products manufactured and sold by others.  Plaintiff's mark has thus become and is a valuable asset symbolizing plaintiff Mindys Cosmetics, Inc., its quality skin care products and its goodwill.

34.  On June 3, 2008 Plaintiff Mindys Cosmetics, Inc. sent a cease and desist letter to defendant Sonya Dakar informing her of Plaintiff's ownership interests in the SONYA DAKAR word and design trademarks and THE PROBLEM SKIN SPECIALISTS trademark requesting that Defendants cease and desist from their infringing use of trademarks owned by Plaintiff Mindys Cosmetics, Inc. Plaintiff is informed and believes, and thereon alleges, that defendant Sonya Dakar has notice of plaintiff's ownership of the subject trademarks for use on cosmetic products.

35. Defendants Sonya Dakar, and/or DOES 1-50 and each of them, have infringed upon Plaintiff Mindys Cosmetics, Inc.'s ownership interests in the subject trademarks by using the subject trademarks on labels and packaging associated with spa services sold by Defendant Sonya Dakar to the public.

36. Plaintiff Mindys Cosmetics, Inc. is informed and believes, and thereon alleges, that Plaintiff Mindys Cosmetics, Inc. is the true owner of the subject trademarks and that Defendant's use of the subject trademarks in interstate commerce or a manner substantially affecting interstate commerce in connection with the sale, offering for sale, distribution, and advertising of services and products related to cosmetics is likely to cause confusion, mistake, or deception among consumers as to the source, quality, and nature of defendant's goods.

37. On or about June 3, 2008, plaintiff Mindys Cosmetics, Inc., by letter, advised defendant Sonya Dakar of plaintiff's ownership of the SONYA DAKAR word and design trademark and THE PROBLEM SKIN SPECIALISTS trademark, and requested defendant Sonya Dakar to immediately cease and desist from further use of the subject trademarks as either a trade name, trademark or service mark. Defendants Sonya Dakar, and/or DOES 1-50 and each of them have failed and refused, and continue to fail and refuse, to comply with plaintiff

MOHAJERIAN LAW INC
1925 Century Park East, Suite 350
Los Angeles, California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

Mindys Cosmetic, Inc.'s request.

38. Plaintiff Mindys Cosmetics, Inc. is informed and believes and thereon alleges that as a proximate result of advantage accruing to defendant Sonya Dakar, and/or DOES 1-10's business from plaintiff's nationwide advertising, sales, and consumer recognition, and as a proximate result of confusion or deception or mistake or combination thereof caused by defendant's wrongful advertising and sale of its goods, as hereinabove alleged, bearing the trademarks SONYA DAKAR and THE PROBLEM SKIN SPECIALISTS, defendant has made substantial sales and/or profits in the an amount to be determined at trial.

39. As a proximate result of advantage accruing to defendant's business from plaintiff Mindys Cosmetics, Inc. nationwide advertising, sales, and consumer recognition, and as a proximate result of the confusion or deception or mistake or combination thereof caused by defendant's wrongful advertising and sale of its goods, as alleged above, bearing the trademarks SONYA DAKAR and THE PROBLEM SKIN SPECIALISTS, plaintiff Mindys Cosmetics, Inc. has been deprived of substantial sales of its cosmetic products in an amount, in excess of jurisdictional limits, to be proven at trial, and has been deprived of the value of its

trademark as a commercial asset, in an amount to be proven at trial.

40. Plaintiff Mindys Cosmetics, Inc. is informed and believes and thereon alleges that unless restrained by this Court, based on the irreparable harm to Plaintiff's ownership interests in the subject trademarks, defendant Sonya Dakar, and/or DOES 1-50 and each of them, will continue to infringe plaintiff's trade marks, including the SONYA DAKAR word and design trademarks, and THE PROBLEM SKIN SPECIALISTS trademark, thus engendering a multiplicity of judicial proceedings, and pecuniary compensation will not afford plaintiff adequate relief for the damage to its trademarks in the minds of the public.

41. As a result of Defendants Sonya Dakar and/or DOES 1-50 and each of their actions, Plaintiff Mindys Cosmetics, Inc. has suffered, and will continue to suffer, money damages in an amount, in excess of jurisdictional limits, to be proven at trial.

42. By their conduct, defendants have caused, and unless restrained and enjoined by the court, will continue to cause irreparable harm, damage and injury to Mindys Cosmetics, Inc., warranting injunctive relief. Mindys Cosmetics, Inc.

has no adequate remedy at law to otherwise remedy this irreparable harm.

43. Defendants' actions were done to take unfair advantage of Mindys Cosmetics, Inc. and were done in reckless disregard of Mindys' rights. Defendants' actions were malicious, oppressive and fraudulent. Plaintiff Mindys Cosmetics, Inc. requests that actual damages be trebled and an award for profits be increased in an amount sufficient to deter the defendants from repeating this egregious conduct in the future.

## FOURTH CAUSE OF ACTION

### Fraudulent Concealment

### (Against Defendants SONYA DAKAR, DONNA DAKAR, KIA KAMRAN and DOES 1-50)

44. Plaintiff incorporates paragraphs 1-43 as if set forth fully herein.

45. At all relevant times herein, defendant Donna Dakar was a fiduciary and blood relative of the majority shareholders of plaintiff Mindys Cosmetics, Inc. As the trusted relative of the majority shareholders, agent and employee of Mindys Cosmetics, Inc., Donna Dakar was entrusted to file applications and obtain registrations of the SONYA DAKAR word and design trademarks, and THE

MOHAJERIAN LAW INC
1925 Century Park East, Suite 350
Los Angeles, California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

PROBLEM SKIN SPECIALIST trademark for the benefit of Mindys Cosmetics, Inc. Also, as said above, at the relevant time, Kia Kamran, Esq. was the trademark attorney for Mindys Cosmetics, Inc.

46. Defendant Donna Dakar held ownership of the registration of the SONYA DAKAR word and design trademarks, and THE PROBLEM SKIN SPECIALIST trademark in her name as a fiduciary and agent of Mindys Cosmetics, Inc. in order to assign the ownership of the trademarks to Mindys Cosmetics, Inc.

47. Plaintiff Mindys Cosmetics, Inc. alleges that Defendant Donna Dakar failed to disclose to plaintiff Mindys Cosmetics, Inc. that defendant Donna Dakar had been requested by defendant Sonya Dakar to assist in the registration of the SONYA DAKAR word and design trademarks, and THE PROBLEM SKIN SPECIALISTS trademark in defendant Sonya Dakar's name alone in breach of defendant Donna Dakar's fiduciary duties to Mindys Cosmetics, Inc. Additionally, defendant Donna Dakar actively concealed the scheme to register the subject trademarks in defendant Sonya Dakar's name alone and prevented Mindys Cosmetics, Inc. from discovering that fact.

48. At all times relevant herein, plaintiff Mindys Cosmetics, Inc. did not know that the subject trademarks expired and were being registered under Mrs.

Sonya Dakar's name. At all times relevant herein, plaintiff Mindys Cosmetics, Inc. did not know that Donna Dakar and Kia Kamran assisted and aided defendant Sonya Dakar to register the subject trademarks in the name of Sonya Dakar alone.

49. Defendants Donna Dakar, Kia Kamran and Sonya Dakar intended to deceive plaintiff Mindys Cosmetics, inc. by concealing the true facts that they intended to register the SONYA DAKAR word and design trademarks, and THE PROBLEM SKIN SPECIALISTS trademark in the name of Sonya Dakar alone in order to deprive plaintiff Mindys Cosmetics, Inc. of its lawful ownership interests in the subject trademarks.

50. Plaintiff Mindys Cosmetics, Inc. reasonably relied on Donna Dakar's and Kia Kamran's deceptions and expected that Donna Dakar would register the SONYA DAKAR word and design trademarks, and THE PROBLEM SKIN SPECIALISTS trademark under the name of Mindys Cosmetics, Inc. in furtherance of her fiduciary duties to Mindys Cosmetics, Inc.

51. Plaintiff Mindys Cosmetics, Inc. was harmed by the concealment of defendants Donna Dakar, Kia Kamran and Sonya Dakar by the loss of the ownership of the valuable intellectual property rights to the SONYA DAKAR word and design trademarks, and THE PROBLEM SKIN SPECIALIST trademark.

MOHAJERIAN LAW INC
1925 Century Park East, Suite 350
Los Angeles, California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

52. Defendants' concealment was a substantial factor in causing harm to Mindys Cosmetics, Inc. by the loss of ownership to the registrations of the subject trademarks.

53. As a direct and proximate result of defendants' fraudulent concealment, Plaintiff Mindys Cosmetics, Inc. has suffered damages, in excess of jurisdictional limits, in an amount to be proven at trial.

## FIFTH CAUSE OF ACTION

### Conversion

### (Against Defendants SONYA DAKAR, KIA KAMRAN, DONNA DAKAR and DOES 1-30)

54. Plaintiff incorporates paragraphs 1-53 as if set forth fully herein.

55. At all times herein mentioned, defendant Donna Dakar was a shareholder of Plaintiff Mindys Cosmetics, Inc. and also acted as an employee and agent of Plaintiff Mindys Cosmetics, Inc. subject to the fiduciary duties owed to Plaintiff Mindys Cosmetics, Inc. At all times herein mentioned, defendant Kia Kamran was the trademark attorney for Mindys Cosmetics, Inc.

56. While acting as an agent and representive of Mindys Cosmetics, Inc.,

Defendants Donna Dakar, Kia Kamran, and/or DOES 1-50, and each of them, caused the application of registration of the SONYA DAKAR word and design trademarks and THE PROBLEM SKIN SPECIALISTS trademark owned by Plaintiff Mindys Cosmetics, Inc. to be registered in the name of Defendant Sonya Dakar.

57. Plaintiff Mindys Cosmetics, Inc. is the lawful owner of the SONYA DAKAR word and design trademarks and THE PROBLEM SKIN CARE SPECIALISTS trademark and has used the subject trademarks in interstate commerce since at least 1999. Prior to 1999, the founder of Mindys Cosmetics, Inc., Israel Dakar, used the subject trademarks on skin care products manufactured, distributed and marketed by him to customers beginning in 1980.

58. Plaintiff Mindys Cosmetics, Inc. alleges on information and belief that it has spent substantial sums of money, in excess of five million dollars, on advertising and promotion to create the association in the minds of the public with the subject trademarks and Mindys Cosmetics, Inc.

59. Defendants Donna Dakar and Kia Kamran acting as the agents of defendant Sonya Dakar and/or DOES 1-50 and each of them, and acting in conflict

MOHAJERIAN LAW INC
1925 Century Park East, Suite 350
Los Angeles, California 9067
TEL: (310) 556-3800 FAX: (310) 556-3817

1    with her fiduciary duties to Plaintiff Mindys Cosmetics, Inc. applied for and sought

2    the registration of the SONYA DAKAR word and design trademarks and THE

3
4    PROBLEM SKIN SPECIALIST trademark and caused the registrations of the

5    subject trademarks to be obtained in the name of Sonya Dakar.

6

7

8    60. Plaintiff Mindys Cosmetics, Inc. has spent substantial sums on

9    advertising and promotion to promote skin care products bearing the SONYA
10
11    DAKAR word and design trademarks and THE PROBLEM SKIN SPECIALIST

12    trademark and the subject trademarks have obtained substantial value in the market
13
14    place in an amount to be proven at trial. Plaintiff Mindys Cosmetics, Inc. is the

15    lawful owner of the SONYA DAKAR word and design trademarks and THE
16
17    PROBLEM SKIN SPECIALIST trademark.

18

19    61. Defendants Sonya Dakar, Donna Dakar, and/or DOES 1-10 have
20
21    refused to assign the SONYA DAKAR word and design trademarks and THE

22    PROBLEM SKIN SPECIALIST back to the lawful owner, Mindys Cosmetics, Inc.

23

24

25    62. As a result of defendants' wrongful conversion of Plaintiff Mindys

26    Cosmetics, Inc. trademarks, Plaintiff Mindys Cosmetics, Inc. has suffered monetary
27
28    damages in excess of jurisdictional limits in an amount to be proven at trial.

# SIXTH CAUSE OF ACTION

## Legal Malpractice

### (Against Defendant KIA KAMRAN and DOES 1-50)

63. Plaintiff incorporates paragraphs 1-62 as if set forth fully herein.

64. As an attorney for plaintiff Mindys Cosmetics, Inc., defendant Kia Kamran, and/or DOES 1-50 and each of them, owed a professional duty of care to the plaintiff with respect to avoiding direct conflicts of interests without obtaining the informed written consent of Mindys Cosmetics, Inc. or seeking to withdraw from representation in which a conflict arises in order to avoid harming the interests of Mindys Cosmetics, Inc. as required under California Rules of Professional Conduct, Rule 3-310 et seq.

65. Defendants Kia Kamran, and/or DOES 1-50 and each of them, breached a duty of care to Mindys Cosmetics, Inc. and committed legal malpractice by: (i) representing Mindys Cosmetics, Inc. while at the same time representing Sonya Dakar and causing the registration of the Sonya Dakar word and design trademarks to be registered in the name of Sonya Dakar, (ii) failing to advise Mindys of any actual or even potential conflict of interests which could

MOHAJERIAN LAW, INC.
1925 Century Park East, Suite 350
Los Angeles, California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

occur and obtaining Mindys written consent, (iii) and failing to withdraw from the representation of either Mindys Cosmetics, Inc. or Sonya Dakar when an actual conflict arose with respect to the registration of the SONYA DAKAR word and design trademarks and THE PROBLEM SKIN SPECIALISTS trademark in the name of Sonya Dakar causing harm to Mindys Cosmetics, Inc.'s intellectual property rights in the subject trademarks. Plaintiff Mindys Cosmetics, Inc. has demanded that defendant Kia Kamran, Esq. return Mindys' client file, however, defendant Kia Kamran, Esq. has refused to return the client file to plaintiff Mindys Cosmetics, Inc.

66. Plaintiff is informed and believes and on that basis alleges that an actual conflict of interest arose with respect to the representation of Mindys Cosmetics, Inc. and Sonya Dakar. Defendant Kia Kamran advised assisted and caused the SONYA DAKAR word and design trademarks and THE PROBLEM SKIN SPECIALISTS trademark to be registered in the name of Sonya Dakar, thereby directly harming the intellectual property rights in the trademarks that Mindys Cosmetics, Inc. had spent years developing and in excess of five million dollars to promote, advertise and market.

67. As a direct and proximate result of said malpractice, Plaintiff Mindys

MOHAJERIAN LAW INC
1925 Century Park East, Suite 350
Los Angeles, California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

Cosmetics, Inc. has suffered damages in an amount to be proven at trial but in excess of the jurisdictional limits of this Court.

## SEVENTH CAUSE OF ACTION

### Breach of Fiduciary Duty

### (Against Defendant KIA KAMRAN and DOES 1-50)

68.   Plaintiff incorporates paragraphs 1-67 as if set forth fully herein.

69.   As an attorney for Mindys Cosmetics, Inc., Kia Kamran, and/or DOES 1-50 and each of them, owed a fiduciary duty of care to the Plaintiff with respect to avoiding direct conflicts of interest without obtaining the informed written consent of Mindys Cosmetics, Inc. or seeking to withdraw from representation in which a conflict arises in order to avoid harming the interests of Mindys Cosmetics, Inc. as required by California Rules of Professional Conduct, Rule 3-310 et seq.

70.   Defendant Kia Kamran, and/or DOES 1-50 and each of them, breached a fiduciary duty to Mindys Cosmetics, Inc. and caused harm to the legal and intellectual property interests of Mindys Cosmetics, Inc. by: (i) representing Mindys Cosmetics, Inc. while at the same time representing Sonya Dakar and causing the registration of the SONYA DAKAR word and design trademarks and

MOHAJERIAN LAW INC
1925 Century Park East, Suite 350
Los Angeles, California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

MOHAJERIAN LAW INC
1925 Century Park East, Suite 350
Los Angeles, California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

THE PROBLEM SKIN SPECIALISTS trademark to be registered in the name of Sonya Dakar, (ii) failing to advise Mindys of any potential conflict of interests which could occur and obtaining Mindys' informed consent with respect to the representation of Sonya Dakar and the registration of the SONYA DAKAR word and design trademarks and THE PROBLEM SKIN SPECIALISTS trademark, (iii) and failing to withdraw from the representation of either Mindys Cosmetics, Inc. or Sonya Dakar when an actual conflict arose with respect to the registration of the SONYA DAKAR word and design trademarks and THE PROBLEM SKIN SPECIALISTS trademark in the name of Sonya Dakar alone, thereby causing harm to Mindys Cosmetic, Inc.'s valuable intellectual property rights in the subject trademarks. Plaintiff Mindys Cosmetics, Inc. has demanded that defendant Kia Kamran, Esq. return Mindys' client file, however, defendant Kia Kamran, Esq. has refused to return the client file to plaintiff Mindys Cosmetics, Inc.

71. Plaintiff is informed and believes and on that basis alleges that an actual conflict of interest arose with respect to the representation of Mindys Cosmetics, Inc. and Sonya Dakar. Defendant Kia Kamran advised, assisted and caused the SONYA DAKAR word and design trademarks and THE PROBLEM SKIN SPECIALISTS trademark to be registered in the name of Sonya Dakar, alone, thereby directly harming the intellectual property rights in the trademarks that Mindys Cosmetics,

Inc. had spent years developing and in excess of five million dollars to promote, advertise and market.

72. Defendants Kia Kamran and/or DOES 1-40's conduct was a substantial factor in causing harm to Mindys Cosmetics, Inc. by causing the SONYA DAKAR word and design trademarks and THE PROBLEM SKIN SPECIALISTS trademark to be registered in the name of Sonya Dakar, thereby denying Mindys its lawful intellectual property rights in the subject trademarks.

73. As a direct and proximate result of Defendant Kia Kamran and/or DOES 1-40's breach of fiduciary duties, Plaintiff has suffered damages in an amount to be proven at trial in excess of the jurisdictional limits of this Court.

## EIGHTH CAUSE OF ACTION

**California Unfair Competition – Business & Professions Code Section 17200 et seq.**

**(Against Defendants SONYA DAKAR and DOES 1-40)**

74. Plaintiff incorporates paragraphs 1-73 as if set forth fully herein.

75. Defendants Sonya Dakar, and DOES 1-40's use of the subject

trademarks and their use in commerce is likely to cause confusion to customers. Defendants' acts were wanton, willful, deliberate and with the intent to avail themselves of Mindys Cosmetics, Inc's reputation and goodwill associated with Mindys' trademarks and unlawfully divert to defendants the trade and business of Mindys Cosmetics, Inc. and to confuse and mislead the trade and the public into believing that defendants are associated with Mindys Cosmetics, Inc. and that the goods sold by them are products of Mindys Cosmetics, Inc.

76. Defendant Sonya Dakar, and DOES 1-50's willful refusal to assign the SONYA DAKAR word and design trademarks and THE PROBLEM SKIN SPECIALISTS to plaintiff Mindys Cosmetics, Inc. and to acknowledge Plaintiff's lawful ownership rights to these trademarks constitutes unlawful and unfair competition in violation of California Business and Professions Code §17200, et seq. Plaintiff is informed and believes that defendant Sonya Dakar will continue to do these acts unless the court orders the defendant to cease and desist and orders restitution of the subject trademarks to Plaintiff Mindys Cosmetics, Inc. consistent with its lawful ownership rights to the trademarks.

77. The acts of defendants described above are unlawful and constitute unfair competition with Mindys Cosmetics, Inc. in violation of Mindys Cosmetics,

MOHAJERIAN LAW INC
1925 Century Park East, Suite 350
Los Angeles, California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

Inc.'s rights and in violation of California Business and Professions Code §17200, <u>et</u> <u>seq.</u>, and plaintiff Mindys Cosmetics, Inc. has been injured thereby.

## NINTH CAUSE OF ACTION

### Declaratory Relief

### (Against All Defendants)

78.  Plaintiff incorporates paragraphs 1-77 as if set forth fully herein.

79.  An actual controversy has arisen and now exists between the parties relating to the ownership of the SONYA DAKAR word and design trademarks, Fed. Reg. Nos. 3375654 and 3384477, and the trademark THE PROBLEM SKIN SPECIALISTS, Fed. Reg. No. 2436250 in which plaintiff Mindys Cosmetics, Inc. desires a declaration of rights as to the ownership of each trademark.

80.  A declaratory judgment is necessary in that plaintiff Mindys Cosmetics, Inc. contends that it is the owner of the SONYA DAKAR word and design trademarks and also the owner of THE PROBLEM SKIN SPECIALISTS trademark and defendants deny plaintiff's ownership rights to the subject trademarks. Additionally, defendants have refused to assign ownership of the subject trademarks to Mindys Cosmetics, Inc. which is the lawful owner of the subject trademarks.

MOHAJERIAN LAW INC
1925 Century Park East, Suite 350
Los Angeles, California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

81. A declaratory judgment will serve a useful purpose in this case in clarifying and settling the legal relations in issue with respect to the ownership of the SONYA DAKAR word and design trademarks and also the ownership with respect to THE PROBLEM SKIN SPECIALISTS trademark as between Plaintiff Mindys Cosmetics, Inc. and defendant Sonya Dakar. A declaratory judgment will terminate and afford relief from the uncertainty and controversy arising from the disputed ownership of the subject trademarks.

82. Plaintiff Mindys Cosmetics, Inc. demands that the court adjudge that Mindys Cosmetics, Inc. is the lawful owner of the SONYA DAKAR word and design trademarks and also the owner of THE PROBLEM SKIN SPECIALISTS trademark and that ownership of the subject trademarks be transferred to Mindys Cosmetics, Inc.

## **PRAYER FOR RELIEF**

WHEREFORE, plaintiff Mindys Cosmetics, Inc. prays for judgment against Defendants, and each of them, as follows:

1. A judgment canceling the ownership of defendant Sonya Dakar in the SONYA DAKAR word and design trademarks, Fed. Reg. Nos. 3375654 and 3384477, and the trademark for THE PROBLEM SKIN SPECIALISTS, Fed. Reg.

MOHAJERIAN LAW INC
1925 Century Park East, Suite 350
Los Angeles, California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

No. 2436250. and transferring ownership to Mindys Cosmetics, Inc. An Order

instructing Mrs. Sonya Dakar to transfer the federal trademark registration of the

subject intellectual properties to Mindys Cosmetics, Inc.

    2.    A judgment declaring that defendant Sonya Dakar has infringed

Mindys Cosmetics, Inc's trademarks.

    3.    An order enjoining and restraining, preliminarily and then

permanently, defendants, their agents, servants, employees, attorneys, and all

persons in active concert, privity or participation with them and each of them

individually, from doing, abiding, causing or abetting any of the following:

    a.    Infringing or inducing infringement of Mindys

Cosmetics, Inc.'s trademarks;

    b.    Directly or indirectly using any colorable imitation or

confusingly similar facsimile of Mindys Cosmetics, Inc.'s trademarks in any

manner;

    c.    Directly or indirectly using in connection with the

importing, exporting, manufacture, transshipping, distribution, sale, offering for

sale, marketing or promoting of goods which in any way bear or imitate or

simulate Mindys' trademarks in a manner likely to cause confusion or mistake or

to deceive the public or the trade;

MOHAJERIAN LAW INC
1925 Century Park East, Suite 350
Los Angeles, California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

d.    Engaging in any acts or activities directly or indirectly calculated to trade upon Mindys' trademarks, or the reputation or goodwill of Mindys Cosmetics, Inc., or in any way to compete unfairly with Mindys.

4.    For a judgment directing that any goods, catalogs, labels, packaging, cosmetics and any other materials in the possession or under the control of any of the defendants which infringe or bear Mindys' trademarks, or any colorable imitation or facsimile thereof, but not emanating from Mindys, be delivered up and destroyed within 30 days of entry of judgment;

5.    For a judgment directing defendants to recall all infringing goods, catalogs, labels, packaging, skin care products, and any other materials sold, distributed, advertised or marketed which infringe or bear Mindys' trademarks, or any colorable imitation or facsimile thereof, but not emanating from Mindys;

6.    For a judgment directing that an accounting be had of each of defendants' sales and profits and that judgment be rendered against defendants and awarded to Mindys for:

a.    damages in an amount to be proven at trial, together with appropriate interest on such damages and that such damages be trebled;

b.    all profits derived by each defendant from the sale of goods by the direct or indirect use of any of Mindys' trademarks, or colorable imitations or facsimiles thereof, and that such profits be trebled; and

MOHAJERIAN LAW INC
1925 Century Park East, Suite 350
Los Angeles, California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817

c.  all damages sustained by Mindys on account of

trademark infringement, unfair competition, lost business opportunities and any

other damage suffered by Mindys as a result of defendants' acts described in this

complaint, and that such damages be trebled;

7.  For an order directing defendants to pay punitive damages to

Mindys Cosmetics, Inc.;

8.  For an order directing defendants to pay restitution to Mindys;

9.  For an order directing defendants to pay Mindys' attorneys' fees

and costs;

10.  For an order that this be deemed an exceptional case and that

Mindys Cosmetics, Inc. recover  from defendants all of Mindys' fees, costs,

disbursements and other expenses Mindys has incurred due to defendants' illegal

actions, including but not limited to reasonable attorneys' fees; and

11.  For a judgment awarding Mindys Cosmetics, Inc. such other

and further relief as the court may deem just and proper.

July 7, 2008                              *Respectfully Submitted,*

                                          MOHAJERIAN INC.

                                          By:

                                          AL MOHAJERIAN
                                          Attorneys for plaintiff MINDYS
                                          COSMETICS, INC.,
                                          a California corporation

COMPLAINT

38

## **DEMAND FOR JURY TRIAL**

Plaintiff respectfully requests that all causes of action herein subject to trial by jury be tried before a jury pursuant to the Seventh Amendment to the United States Constitution and Fed.R.Civ.P. Rule 38(b).

July 7, 2008

*Respectfully Submitted,*

MOHAJERIAN INC.

By: _____

AL MOHAJERIAN
Attorneys for plaintiff MINDYS
COSMETICS, INC.,
a California corporation

MOHAJERIAN LAW INC.
1925 Century Park East, Suite 350
Los Angeles, California 90067
TEL: (310) 556-3800 FAX: (310) 556-3817