UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-4459 SVW (RZx) | Date | March 9, 2009 |
|---|---|---|---|
| Title | Mindys Cosmetics, Inc. v. Sonya Dakar | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER GRANTING DEFENDANT KIA KAMRAN'S MOTION FOR STAY PENDING APPEAL [73]

   Defendant Kia Kamran's Motion for Stay Pending Appeal is hereby GRANTED. All state law claims naming Kia Kamran as a defendant are STAYED pending appeal. For the sake of clarification, only claims arising under federal law will be addressed during the trial currently set for May 5, 2009. Defendant Kia Kamran shall continue to comply with discovery in this matter to the extent that he is a witness and has non-privileged information relevant to the federal claims.

Initials of Preparer   PMC